# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ERIC REDDICK,**

        **Plaintiff,**

-vs-                                         **Case No. 6:08-cv-1778-Orl-28DAB**

**VOLUSIA COUNTY POLICE DEPARTMENT,**

        **Defendant.**

---

## ORDER

This case is before the Court on a report from the United States Magistrate Judge recommending that this case be dismissed (Doc. No. 6).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 9, 2009 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed without prejudice to resolving this matter in Case No. 6:08-cv-1749-Orl-28GJK.

3. The Clerk is directed to terminate all pending motions and close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 3rd day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party